**Order entered May 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01360-CV

### JEROME SANDBERG, Appellant

### V.

### STMICROELECTRONICS, INC., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14938**

## ORDER

Before the Court is appellant's May 23, 2019 motion to deny appellee's second request for a supplemental clerk's record and to modify this Court's May 16, 2019 order granting appellee's motion to supplement the record. This Court's May 16th order has been complied with. There is no further motion to supplement the clerk's record before this Court. Accordingly, we **DENY** appellant's motion.

/s/     KEN MOLBERG
         JUSTICE